DEFENDANT:  BRAWINS DOMINIQUE SUAREZ VILLEGAS,
                        a/k/a "Chino San Vicente,"

YOB: 1988

COMPAINT FILED?        Yes    X   No

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __  Yes    X   No
If No, a new warrant is required

If Yes, MAGISTRATE CASE NUMBER_____

OFFENSE(S):

Count 1: 18 U.S.C. § 1962(d), Racketeering Conspiracy

Count 2: 18 U.S.C. § 1951(a), Hobbs Act Robbery Conspiracy

Count 3, 5: 18 U.S.C. §§ 1951(a) and 2, Hobbs Act Robbery, Aiding and Abetting

Count 4:  18 U.S.C. §§ 924(c)(1)(A)(iii) and 2, Using and Carrying a Firearm During a Crime of Violence, Which Was Discharged, Aiding and Abetting

Counts 6, 10:  18 U.S.C. §§ 924(c)(1)(A)(ii) and 2, Using and Carrying a Firearm During a Crime of Violence, Aiding and Abetting

Count 7: 18 U.S.C. § 1201(c), Kidnapping Conspiracy

Count 8: 18 U.S.C. § 1201(a)(1) and 2, Kidnapping, Aiding and Abetting

Count 9: 18 U.S.C. §§ 2261A, 2261(b)(2)-(3), and 2, Cyberstalking, Aiding and Abetting

LOCATION OF OFFENSE:  Denver and Arapahoe County, Colorado

PENALTY:

Counts 1, 2, 3, 5, and 9: NMT 20 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment.

Count 4: NLT 10 years imprisonment; NMT life imprisonment; NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment.

<u>Counts 6 and 10:</u> NLT 7 years imprisonment; NMT life imprisonment; NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment.

<u>Counts 7 and 8:</u> NMT life imprisonment; NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment.

<u>AGENT</u>:  Jared Purdy
       Task Force Officer, FBI

<u>AUTHORIZED BY</u>:  Leah Perczak
                    Special Assistant United States Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

_____ five days or less     __X___ over five days     _____ other