DEFENDANT:  GIOVANNI VICENTE MOSQUERA SERRANO,
                          a/k/a "Jovani San Vicente," a/k/a "El Viejo,"

YOB: 1988

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __  Yes      X   No
If No, a new warrant is required

If Yes, MAGISTRATE CASE NUMBER_____

OFFENSE(S):

Count 1: 18 U.S.C. § 1962(d), Racketeering Conspiracy

Count 2: 18 U.S.C. § 1951(a), Hobbs Act Robbery Conspiracy

Count 3: 18 U.S.C. §§ 1951(a) and 2, Hobbs Act Robbery, Aiding and Abetting

Count 4:  18 U.S.C. §§ 924(c)(1)(A)(ii) and 2, Using and Carrying a Firearm During a Crime of Violence, Which Was Discharged, Aiding and Abetting

Count 5: 18 U.S.C. §§ 1951(a) and 2, Hobbs Act Robbery, Aiding and Abetting

Count 6:  18 U.S.C. §§ 924(c)(1)(A)(ii) and 2, Using and Carrying a Firearm During a Crime of Violence, Which Was Brandished, Aiding and Abetting

LOCATION OF OFFENSE:  Denver and Arapahoe County, Colorado

PENALTY:

Counts 1, 2, 3, and 5: NMT 20 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment.

Count 4: NLT 10 years imprisonment; NMT life imprisonment; NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment.

Count 6: NLT 7 years imprisonment; NMT life imprisonment; NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment.

AGENT:  Jared Purdy
              Task Force Officer, FBI

AUTHORIZED BY:  Leah Perczak
                Special Assistant United States Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less    ___X___ over five days    _____ other